UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. WILKINS, | No. 2:17-cv-1134 AC P |
| Petitioner, | |
| v. | ORDER |
| JOSIE GASTELO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a prison disciplinary conviction, which is a challenge to the execution of his sentence. As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined." Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated at California Men's Colony, East in San Luis Obispo County, which lies in the Central District of California. See 28 U.S.C. § 84(a).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: June 8, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE